UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Cathy L. Waldor |
| | : | |
| v. | : | Mag. No. 22-9260 |
| | : | |
| ONUR AKSOY | : | **FILED UNDER SEAL** |
| a/k/a "Ron Aksoy" | : | |
| | : | |

## SEALING ORDER

Upon application of the United States (by Andrew M. Trombly, Assistant United States Attorney, appearing) for an order sealing the Complaint, arrest warrant, and all supporting papers in the above-captioned matter, and good and sufficient cause having been shown,

IT IS on this 29th day of June 2022,

ORDERED that the Complaint and all supporting papers in the above-captioned matter be sealed, except for such copies of the arrest warrant, Complaint, or supporting papers, if any, that are needed to effectuate its purpose, until the arrest warrant is executed or until further order of the Court.

IT IS FURTHER ORDERED that, once the arrest warrant is executed, the Complaint, arrest warrant, and this Order be and are hereby unsealed.

s/Cathy L. Waldor 6/29/22
HONORABLE CATHY L. WALDOR
U.S. MAGISTRATE JUDGE